# FILED UNDER SEAL

**United States District Court**
**District of Nevada**

UNITED STATES OF AMERICA,

　　Plaintiff,

vs.

STEPHANIE GEORGE, CHIVAS GRAVES and MONTRIE LEDFORD,

　　Defendants.

Magistrate No. 2:19-mj-392-NJK

**ORDER TO SEAL**

FILED
2019 MAY 29 PM 2:41
U.S. MAGISTRATE JUDGE
BY_____

　　This matter coming on the government Motion for an Order Sealing the Complaint and Arrest Warrants in the above-captioned matter, the Court having reviewed the premises therein, and good cause showing, the Motion is **GRANTED**.

　　**IT IS HEREBY ORDERED** that the Complaint, Arrest Warrants, and the government's Motion, in the above-captioned matter shall be sealed until such time as the last named defendant has been arrested, or unless and until Ordered otherwise.

　　DATED this 29th day of May, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

3