1  DAVID R. FISCHER, ESQ.
   Nevada Bar No. 10348
2  LAW OFFICE OF DAVID R. FISCHER
   400 South 4th Street, Suite 500
3  Las Vegas, Nevada 89101
   Telephone: (702) 547-3944
4  Facsimile: (702) 974-1458
   Email: federal@fischerlawlv.com
5  *Attorney for Defendant* MONTRIE LEDFORD

6
## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
7

8

9   UNITED STATES OF AMERICA,          **Case No.:** 2:19-mj-00392-NJK

              Plaintiff,
10
    vs.
11                                      **STIPULATION TO CONTINUE**
                                        **PRELIMINARY EXAMINATION**
12  STEPHANIE GEORGE et al.,            **HEARINGS**

              Defendants.              **(Third Request)**
13

14      IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich,

15  Esq., United States Attorney, Robert Knief, Esq., Assistant United States Attorney, Margaret W.

16  Lambrose, Esq., Counsel for Defendant STEPHANIE GEORGE, Dustin R. Marcello, Esq.,

17  Counsel for Defendant CHIVAS GRAVES, and David R. Fischer, Esq., Counsel for Defendant

18  MONTRIE LEDFORD, that the Preliminary Examination Hearings currently scheduled for

19  Friday, June 14, 2019, and Monday, June 17, 2019, be continued.

20      IT IS STIPULATED AND AGREED that the Preliminary Examination Hearing for

21  defendants STEPHANIE GEORGE, CHIVAS GRAVES, and MONTRIE LEDFORD, currently

22  scheduled for Wednesday, September 11, 2019, at 4:00 P.M., be continued to a date and time

23  convenient to this Honorable Court, but no earlier than sixty (60) days.

24      This Stipulation is entered into for the following reasons:

1.    1. Counsel for defendant GEORGE spoke with GEORGE, who is out of custody, and GEORGE has no objection to the request for continuance;

2.    2. Counsel for defendant CHIVAS spoke with CHIVAS, who is out of custody, and CHIAVAS has no objection to the request for continuance;

3.    3. Counsel for defendant LEDFORD spoke with LEDFORD, who is out of custody, and LEDFORD has no objection to the request for continuance;

4.    4. As indicated below, counsel for the United States has no objection to the request for continuance;

5.    5. Counsel for Defendants will need additional time to review discovery;

6.    6. The additional time requested herein is not sought for the purposes of delay, but to allow Counsel for the Defendants sufficient time to effectively and thoroughly research and prepare;

7.    7. Denial of this request for continuance could result in a miscarriage of justice;

8.    8. Denial of this request for continuance would deny undersigned counsel sufficient time to effectively and thoroughly prepare, taking into account the exercise of due diligence;

9.    9. The additional time requested is excludable in computing the time within which trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A) considering the factors in Title 18, United States Code, Sections 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv);

10. This is the third request for a continuance filed herein.

///

///

1    WHEREFORE, for the foregoing reasons, the ends of justice would best be served by a

2 continuance of the Preliminary Examination Hearings of sixty (60) days.

3    DATED this 10th day of September, 2019

4

5 /s/ Nicholas A. Trutanich                  /s/ Margaret W. Lambrose
  NICHOLAS A. TRUTANICH                      MARGARET W. LAMBROSE, ESQ.
  United States Attorney                     Counsel for Defendant GEORGE
6

7 /s/ Robert Knief                           /s/ Dustin R. Marcello
  ROBERT KNIEF                               DUSTIN R. MARCELLO, ESQ.
  Assistant United States Attorney           Counsel for Defendant GRAVES
8 Counsel for the United States

9                                            /s/ David R. Fischer
                                             DAVID R. FISCHER, ESQ.
                                             Counsel for Defendant LEDFORD
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | **Case no.:** 2:19-mj-00392-NJK |
| Plaintiff, | |
| vs. | |
| | **FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |
| STEPHANIE GEORGE et al., | |
| Defendants. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel for LEDFORD, and good cause appearing therefore, the Court finds that:

1. Counsel for defendant GEORGE spoke with GEORGE, who is out of custody, and GEORGE has no objection to the request for continuance;

2. Counsel for defendant CHIVAS spoke with CHIVAS, who is out of custody, and CHIAVAS has no objection to the request for continuance;

3. Counsel for defendant LEDFORD spoke with LEDFORD, who is out of custody, and LEDFORD has no objection to the request for continuance;

4. As indicated below, counsel for the United States has no objection to the request for continuance;

5. Counsel for Defendants will need additional time to review discovery;

6. The additional time requested herein is not sought for the purposes of delay, but to allow Counsel for the Defendants sufficient time to effectively and thoroughly research and prepare;

1    7. Denial of this request for continuance could result in a miscarriage of justice;

2    8. Denial of this request for continuance would deny undersigned counsel sufficient
3       time to effectively and thoroughly prepare, taking into account the exercise of due
4       diligence;

5    9. The additional time requested is excludable in computing the time within which trial
6       must commence pursuant to the Speedy Trial Act, Title 18, United States Code,
7       Section 3161(h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A)
8       considering the factors in Title 18, United States Code, Sections 3161(h)(7)(B)(i)
9       and 3161(h)(7)(B)(iv);

10   10. This is the third request for a continuance filed herein.

## CONCLUSIONS OF LAW

12   The ends of justice served by granting said continuance outweigh the best interest of the

13   public, since the failure to grant said continuance would be likely to result in a miscarriage of

14   justice, would deny the parties herein sufficient time and the opportunity within which to be

15   able to effectively and thoroughly prepare, taking into account the exercise of due diligence.

16   The continuance sought herein is excusable under the Speedy Trial Act, Title 18, United

17   States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A)

18   considering the factors in Title 18, United States Code, Sections 3161(h)(7)(B)(i) and

19   3161(h)(7)(B)(iv).

20   ///

21   ///

22   ///

23   ///

24   ///

# <u>ORDER</u>

IT IS HEREBY ORDERED that the Preliminary Examination hearing currently scheduled for Wednesday, September 11, 2019, at 4:00 P.M., be continued to November 13, 2019, at 4:00 p.m.

DATED:  September 11, 2019

**IT IS SO ORDERED:**

_____
**HONORABLE NANCY J. KOPPE**
**UNITED STATES MAGISTRATE JUDGE**